AO 106 (Rev. 04/10) Application for a Search Warrant

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
FEB 08 2021
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

27002 Lee Highway, Apartment 8, Abingdon, VA 24211
Re:Garland Bowman

Case No. 1:21mj28

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: The residence, attached to E-911 address 27002 Lee Highway, Apartment 8, Abingdon, Virginia 24211, as described in affidavit.

located in the Western District of Virginia, there is now concealed *(identify the person or describe the property to be seized)*:
The person of Federal Fugitive Garland Bowman, a White, Male, DOB:1/11/1975.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 3583 | Violation of the terms and conditions of supervised release. |

The application is based on these facts:
-See Attachment "A"-

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: __________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

Matthew S. Davis, SDUSM
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/8/21

[signature]
*Judge's signature*

City and state: Abingdon, Virginia

Pamela Meade Sargent, USMJ
*Printed name and title*

ATTACHMENT A

Attachment to Affidavit for Search Warrant

Re: 27002 Lee Highway, Apt. 8, Abingdon, Virginia 24211

For: Person of Garland Bowman

Your Affiant hereby swears and deposes the following:

Affiant is a Supervisory Deputy United States Marshal and has been employed by the U.S. Marshals Service, as a Deputy Marshal, since 2001. Your affiant is charged with investigating, locating, and apprehending federal fugitives from justice, and may apply for a search warrant pursuant to federal code.

On November 12, 2020, the United States District Court for the Western District of Virginia issued a warrant for arrest for Garland Bowman for violations of the terms and conditions of his supervised release.

Over the course of November 2020 and December 2020, task force officers Cumbow and Brady made multiple attempts to locate Bowman at his listed place of residency. On December 18, 2020, your affiant, pursuant to a U.S. District Court issued Court Order, received records from the known Facebook account of Bowman and subsequent internet protocol log activations. On several occasions, the internet protocol log activations resolved to a Verizon Wireless cellular IP. Your affiant utilized a process, via Verizon Wireless called netting Internet Protocol Log addresses (Ips) in which all phone numbers which utilize a specific internet protocol log address, at a specific date/time stamp, are compared against a different batch on a separate date of activations to determine the specific identifiable number utilizing the same is formulated. Therefore, by conducting the netting process, a singular telephone number is developed as that being utilized by an account holder. In conducting said netting of IP's, pursuant to the same order, one telephone number was identified as being utilized by the account of Garland Bowman, and said telephone number, via credit reporting databases, was found to be subscribed to by Jessie Miller, the known girlfriend of Bowman.

During the aforementioned searches for Bowman, at his known residences, Task Force Officers Brady and Cumbow had encountered Jessie Miller, who told them that she did not know where Bowman could be located, or he was not present. On January 28, 2021, pursuant to a warrant for her arrest, unrelated to Bowman, Jessie Miller was arrested at her known residence of 27002 Lee Highway, Apartment 8, Abingdon, Virginia 24211 by Task Force Officer Cumbow. On arrest, Ms. Miller insisted that Task Force Officer Cumbow and others should search the apartment more thoroughly for Bowman, which they did, but to no avail.

On January 30, 2021, while being housed at Southwest Virginia Regional Jail, Jessie Miller provided her current kiosk connections and only listed one person with whom to communicate, that being Garland Bowman. She notated his address as 27002 Lee Highway, Apartment 8, Abingdon, Virginia 24211, as well as the email address garlandwaynebowman@gmail.com and his user name as Jessiesman17.

The address of 27002 Lee Highway, Apartment 8, Abingdon, Virginia is located in the Western District of Virginia on Lee Highway north of exit 19 I-81 and South of Exit 22, I-81. It is a two-story apartment building with apartments on the lower level and upper level with parking for the lower on the front side and parking for the upper on the upper back side. The doors are enumerated with the apartment numbers, to include apartment 8.

Based upon the aforementioned information, your Affiant believes probable cause exists to search the residence for the person of Bowman, as articulated by investigative information and Miller.

Subscribed & sworn to before me.

Matthew S. Davis – SDUSM | Date: 2-8-2021

Pamela Meade Sargent – USMJ | Date: 2-8-2021